JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:   jag@mgalaw.com
          sgc@mgalaw.com

*Attorneys for Alison Mullaney*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALISON MULLANEY, an individual, | Case No.:   2:23-cv-01530-JAD-BNW |
| Plaintiff, | **STIPULATION AND REQUEST FOR ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | |
| THE TRAVELERS INDEMNITY COMPANY a foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Alison Mullaney ("Plaintiff"), and Defendant The Travelers Indemnity Company ("Defendant") by and through their undersigned counsel of record, stipulate to extend the un-expired discovery deadlines by forty-five (45) days pursuant to LR IA 6-1, LR IA 6-2, and LR 26-3.  This stipulation is made in good faith and not for purposes of delay.

**I.   DISCOVERY COMPLETED**

    1.   On October 16, 2023, the parties participated in a Rule 26(f) conference.

    2.   On November 17, 2023, Plaintiff served her first set of requests for admission, requests for production of documents, and interrogatories to Defendant, and Defendant served its responses to

1

each on January 2, 2023.

3. On December 26, 2023, Plaintiff served her initial disclosures.

4. On January 10, 2024, Defendant served its initial disclosures.

5. The parties have continued to meet and confer on various written discovery issues and are working to resolve as many as possible without involving the Court.

6. To that end, the parties have had multiple phone calls on January 5, 2024, January 12, 2024, and January 23, 2024, to meet and confer, discuss discovery requests and responses, and obtain witness availability for conducting depositions.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED AND REASONS SUPPORTING THE REQUESTED EXTENSION

1. Deposition of Plaintiff;
2. Deposition of Valerie B. Vo;
3. Deposition of 30(b)(6);
4. Deposition of Mary C. Liparulo, RN;
5. FRCP 35 medical examination of Plaintiff;
6. The parties will take the depositions of any and all other necessary witnesses as determined through discovery. The parties are coordinating on scheduling those depositions, along with any others;
7. The parties will issue and respond to any necessary additional written discovery; and
8. Any additional discovery as needed.

The reason for the requested extension has been the unavailability of Valerie Vo, who is a key witness to this case. Ms. Vo had been away from the company on personal leave and has recently returned back to work and is in the process of coordinating the dates for her deposition. The parties have been cooperating on discovery and on coordinating depositions, however, the depositions will be conducted in February, which will not give the parties enough time to get the information from the depositions to complete initial expert disclosures. As such, the parties are seeking a forty-five (45) day extension on the discovery deadlines, which will allow the parties to take all necessary depositions and follow up with any necessary written discovery within the time frame of the extension.

## III. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

|    |                      | **Current Discovery Deadlines:** | **Proposed Discovery Deadlines:** |
|----|----------------------|----------------------------------|------------------------------------|
| 1. | Discovery cut-off:   | April 14, 2024                   | May 29, 2024                       |
| 2. | Amend /add parties:  | January 15, 2024                 | No change.                         |
| 3. | Initial experts:     | February 14, 2024                | April 1, 2024                      |
| 4. | Rebuttal experts:    | March 15, 2024                   | April 29, 2024                     |
| 5. | Dispositive motions: | May 14, 2024                     | June 28, 2024                      |
| 6. | Pretrial order:      | May 16, 2024                     | July 1, 2024                       |

This is the parties' first stipulated request for extension of discovery deadlines. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to finish necessary discovery. The parties respectfully and mutually submit that the reasons set forth above constitute compelling reasons for their requested extension.

DATED this 24th day of January, 2024.           DATED this 24th day of January, 2024.

**MAIER GUTIERREZ & ASSOCIATES**                **WORTHE HANSON & WORTHE**

*/s/ Joseph A. Gutierrez*                       */s/ John R. Hanson*
_____                 _____
JOSEPH A. GUTIERREZ, ESQ.                       JOHN R. HANSON, ESQ.
Nevada Bar No. 9046                             Nevada Bar No. 13141
STEPHEN G. CLOUGH, ESQ.                         1851 East First Street, Suite 860
Nevada Bar No. 10549                            Santa Ana, California 92705
8816 Spanish Ridge Avenue                       *Attorneys for Defendant*
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Alison Mullaney*

## ORDER

**IT IS SO ORDERED**.

DATED:  1/25/2024

_____
UNITED STATES MAGISTRATE JUDGE

3

# Yadira Gonzalez

| | |
|---|---|
| **From:** | John Hanson <jhanson@whwlawcorp.com> |
| **Sent:** | Wednesday, January 24, 2024 2:25 PM |
| **To:** | Yadira Gonzalez |
| **Cc:** | Joseph Gutierrez; Stephen Clough |
| **Subject:** | RE: Mullaney v. The Travelers Indemnity Company, et al. - SAO to Extend Discovery |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Yadira,

Thanks for sending this. You have my authority to affix my electronic signature to the stipulation.

Thanks,
John

John R. Hanson
Main:    (714) 285-9600
Extension 103



1851 East First Street, Suite 860
Santa Ana, CA 92705
(714) 285-9600
(714) 285-9700

This email and all files or documents accompanying it are intended solely for the identified recipient(s).  This email may contain information that is:  (1) subject to the attorney-client privilege, (2) subject to attorney work-product protection, and/or (3) strictly confidential.  If you are not an intended recipient or have received this transmission in error you are requested to:  (1) notify the sender or arrange for its immediate return and (2) delete from your system this email and all files or documents accompanying it.  Any disclosure, copying, printing or other dissemination of this email (including any files or documents attached to it) is strictly prohibited.

**From:** Yadira Gonzalez <yg@mgalaw.com>
**Sent:** Wednesday, January 24, 2024 2:24 PM
**To:** John Hanson <jhanson@whwlawcorp.com>
**Cc:** Joseph Gutierrez <jag@mgalaw.com>; Stephen Clough <sgc@mgalaw.com>
**Subject:** Mullaney v. The Travelers Indemnity Company, et al. - SAO to Extend Discovery

**[EXTERNAL EMAIL]** CAUTION: This email originated from outside of Worthe Hanson and Worthe. Be careful before clicking any links or attachments!

1

Good afternoon Mr. Hanson,

Attach, please see the SAO to extend discovery deadlines. Please review and advise if I may affix your electronic signature.

Thank you.

**Yadira Gonzalez | Paralegal**
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702.629.7900 | Fax: 702.629.7925
yg@mgalaw.com | www.mgalaw.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.