John R. Hanson, Esq.
Nevada State Bar No. 13141
**WORTHE HANSON WORTHE & KASKIW, LLP**
400 N. 4th Street, Suite 500, Las Vegas, Nevada 89101
400 N. Tustin Ave., Suite 263, Santa Ana, CA 92705
Telephone (714) 285-9600 | Facsimile (714)285-9700
E-Mail: jhanson@whwkllp.com

Attorneys for Defendant, THE STANDARD FIRE INSURANCE COMPANY [ERRONEOUSLY SUED AND SERVED AS THE TRAVELERS INDEMNITY COMPANY]

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

ALISON MULLANEY, an Individual.

Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY, a foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.

Defendants.

**CASE NO.: 2:23-cv-01530-JAD-BNW**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ALISON MULLANEY, by and through her attorneys of record, JOSEPH GUTIERREZ of MAIER GUTIERREZ & ASSOCIATES and Defendant THE STANDARD FIRE INSURANCE COMPANY, by and through its attorney of record, JOHN R. HANSON, ESQ. of WORTHE HANSON WORTHE & KASKIW, LLP, that pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the above-entitled action is hereby dismissed with prejudice, with each party to

///

///

///

///

bear their own attorney's fees and costs.

DATED: 7/15/2026

**MAIER GUTIERREZ & ASSOCIATES**

By:/s/ *Joseph A. Gutierrez*
JOSEPH A. GUTIERREZ, ESQ.
STEPHEN G. CLOUGH, ESQ.
Attorneys for Plaintiff, ALISON MULLANEY

DATED: 7/15/2026

**WORTHE HANSON WORTHE & KASKIW, LLP**

By:
JOHN R. HANSON, ESQ.
Attorneys for Defendant, THE STANDARD FIRE INSURANCE COMPANY

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear their own costs and fees. The Clerk of the Court is kindly instructed to close this case.

U.S. District Judge Jennifer A. Dorsey
Dated: July 20, 2026